UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ALEX SALON,

    Plaintiffs,

v.

JUNIOR'S TOW AND STORAGE, LLC,
DAVID GARCIA, and
EDWIN F. GONZALEZ

    Defendant.

_____/

## **NOTICE OF REMOVAL BY DEFENDANTS AND REMOVAL STATUS REPORT**

Pursuant to 28 U.S.C. § 1441, Defendants JUNIOR'S TOW AND STORAGE, LLC (hereinafter "JUNIOR'S TOW"), DAVID GARCIA, (hereinafter "GARCIA"), EDWIN F. GONZALEZ (hereinafter "GONZALEZ"), gives notice of removal of the above-styled action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to this Court. Removal is proper on the following grounds:

1.    Plaintiff ALEX SALON filed his complaint in the County Court of the Judicial Circuit and for Miami-Dade County Florida, on April 18, 2017. The Clerk of that court assigned Case No.: 2017-009175-CA-01, to his action. (Ex. A). The Complaint was amended on April 26, 2017.

2.    This action is timely pursuant to 28 U.S.C. § 1446(b). Defendants, Edwin F. Gonzalez, David Garcia and Junior's Tow and Storage, LLC were served on April 22, 2017 and

the time for removal would have begun the next business day, as per Federal Rule of Civil Procedure 6. (Ex. B).

3. There are no pending motions.

4. The Complaint alleges a federal cause of action for failure to pay overtime compensation in violation of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216, *et. seq. Id.*

5. The removal of this action is proper under 28 U.S.C. § 1441(b), which allows for removal of "[a] civil action of which the district courts of the United States have original jurisdiction founded on a claim or right arising under the laws of the United States without regard for the citizenship or residence of the parties."

6. Because Plaintiff's Complaint presents a federal question, this Court has original jurisdiction over this matter. *See,* 28 U.S.C. § 1331.

7. Venue is proper in this Court under 28 U.S.C. § 1391 (b), because the events giving rise to the claim occurred in Miami-Dade County, Florida. Venue is also proper in this district and division pursuant to 28 U.S.C. § l441(a), because this district and division embrace the circuit court of Miami-Dade County, Florida, the forum from which the removed action was pending.

8. Pursuant to 28 U.S.C. § 1446(a), Defendants have attached hereto true and correct copies of all process, pleadings, and orders served upon it as of the date of this Notice of Removal. (Exs. A, B). A completed Federal Civil Cover Sheet and the required filing fee accompany this Notice.

9. A copy of this Notice will be filed with the Eleventh Circuit Court as required by 28 U.S.C. § l446(d).

10. For all of the foregoing reasons, Defendants are entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441.

11. All Defendants consent to the instant removal.

12. All documents and pleadings filed in Circuit Court are also attached as Collective Exhibit C.

Respectfully submitted,

/s Gary A. Costales
Gary A. Costales, Esq.
Florida Bar No. 0948829
Law Office of Gary A. Costales, P.A.
1200 Brickell Avenue, Suite 1440
Miami, Florida 33131
(305) 375-9510 Ext. 314
(305) 375-9511 (facsimile)
costalesgary@hotmail.com

## **CERTIFICATE OF SERVICE**

**I hereby certify** that on May 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Christopher F. Zacarias, Esq.
Law Offices of Christopher F. Zacarias, P.A.
5757 Blue Lagoon Drive, Suite 230
Miami, FL 33126

/s Gary A. Costales
Attorney